IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH EAST RAPID DISTRIBUTORS, LLC., | : : | |
| *Plaintiff,* | : | CIVIL ACTION NO. 23-cv-2197-JMY |
| v. | : | |
| THE AUTO CLUB GROUP, *et al.*, | : : | |
| *Defendant,* | : | |

# **ORDER**

**AND NOW**, this 5th day of February 2024, upon consideration of the Defendant's Motion to Dismiss (ECF No. 26), Plaintiff's Response in Opposition (ECF No. 29), and all briefs and documents filed in support of or opposition to, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 26) is **DENIED**.

BY THE COURT:

*/s/ John Milton Younge*
HONORABLE JOHN M. YOUNGE